IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANGELA FINCH, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 18-4074 |

# ORDER

**AND NOW**, this 18th of April, 2019 upon consideration of Plaintiff's Request for Review, the Commisioner's Response thereto, Plaintiff's Reply thereto, and for the reasons in today's Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The Commissioner's final decision is **REVERSED**;

3. This case is **REMANDED** to the Commissioner so that the ALJ can pose a hypothetical question to a vocational expert that accurately contains all of Plaintiff's credible limitations, including her moderate limitation in the ability to concentrate, persist or maintain pace;

4. **JUDGMENT** is entered in favor of Plaintiff, Tangela Finch.

BY THE COURT:

  /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge